UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEFE KAPLAN MARITIME, INC, <br> Plaintiff, <br> v. <br> THE VESSEL "CYGNET", <br> Defendant. | Case No. 4:17-cv-03899-KAW <br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 25 |

On November 16, 2017, Plaintiff Keefe Kaplan Maritime, Inc. filed a motion for default judgment. (Dkt. No. 22.) On November 17, 2017, the Court issued an order requiring Plaintiff to file a proposed order that "shall be structured as outlined in Attachment A [of the November 17, 2017 order] and include all relevant legal authority and analysis necessary to establish the case." (Dkt. No. 25 at 1.) The deadline to file the proposed order was December 7, 2017. *Id.* To date, Plaintiff has not filed the required proposed order.

Accordingly, Plaintiff is ordered, by **December 15, 2017**, to 1) file the required proposed order, and 2) respond to this order to show cause by explaining why it failed to comply with the Court's November 17, 2017 order. Failure to complete both tasks by December 15, 2017 may result in the Court denying Plaintiff's motion for default judgment.

IT IS SO ORDERED.

Dated: December 11, 2017

KANDIS A. WESTMORE
United States Magistrate Judge