UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEFE KAPLAN MARITIME, INC, <br> Plaintiff, <br> v. <br> THE VESSEL "CYGNET", <br> Defendant. | Case No. 4:17-cv-03899-KAW <br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 30 |

On November 16, 2017, Plaintiff Keefe Kaplan Maritime, Inc. filed a motion for default judgment. (Dkt. No. 22.) On November 17, 2017, the Court issued an order requiring Plaintiff to file a proposed order that "shall be structured as outlined in Attachment A [of the November 17, 2017 order] and include all relevant legal authority and analysis necessary to establish the case." (Dkt. No. 25 at 1.) The deadline to file the proposed order was December 7, 2017. *Id.* Plaintiff did not timely file the proposed order, and, on December 11, 2017, the Court issued an order to show cause ordering Plaintiff to 1) file the required proposed order, and 2) explain why it failed to comply with the Court's November 17, 2017 order. (Dkt. No. 30.)

On December 13, 2017, Plaintiff timely responded to the order to show cause and filed the proposed order. In the response, Plaintiff's counsel explained that he made a calendaring error and failed to file the proposed order despite having drafted it weeks earlier. (Dkt. No. 32 at 1-2.)

In light of the foregoing, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: January 18, 2018

KANDIS A. WESTMORE
United States Magistrate Judge